# EXHIBIT 2



C/O ID Experts
PO Box 4600
Everett WA 98204

ENDORSE

NAME
ADDRESS1
ADDRESS2
CSZ                                    BREAK
SEQ
CODE 2D   COUNTRY
Ver 4SD

To Enroll, Please Call:
1-833-909-2912
Or Visit:
https://ide.myidcare.com/radnet-protect
Enrollment Code: <<XXXXXXXX>>

September 21, 2020

## Notice of Data Breach

Dear <<First Name>> <<Last Name>>,

**What Happened?**
I am writing to let you know of an incident that may have affected your personal information. On July 18, an unknown third party gained access to a RadNet server that was used to store certain employee data, and copied certain files to an external server. RadNet quickly discovered this activity and blocked further access to the files and its systems and retrieved the copied files.

**What Information Was Involved?**
Your name, social security number, driver's license number, and potentially additional data such as your date of birth, address, and passport number, may have been among the information accessed.

**What Are We Doing?**
RadNet quickly identified and prevented further activity from the third party. We have retained an outside cybersecurity firm to support our response, including measures to prevent similar activity in the future. We have also informed the credit reporting agencies about this incident so that they may take appropriate action regarding your credit report file.

In addition, as an added benefit to help protect your identity, we are offering MyIDCare™ identity theft protection services through ID Experts. MyIDCare services include: 00 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed id theft recovery services. With this protection, MyIDCare will help you resolve issues if your identity is compromised.

You can enroll in free MyIDCare services, by calling 1-833-909-2912, Monday through Friday from 9 am - 9 pm Eastern Time or going to https://ide.myidcare.com/radnet-protect and using the Enrollment Code provided above. Please note the deadline to enroll is December 21, 2020.

**What You Can Do**
We recommend that you take advantage of the services from ID Experts described above. In addition, the following steps can help monitor for potential misuse of your information:

- You should regularly review your account statements and monitor free credit reports. Under federal law, you are entitled to obtain one free copy of your credit report every twelve months from each of the nationwide consumer reporting agencies. You can obtain a free copy of your credit report from each agency by calling 1-877-322-8228 or visiting www.annualcreditreport.com. We recommend that you periodically obtain credit reports from each nationwide credit reporting agency. If you discover information on your credit report arising from a fraudulent transaction, you may request that the credit reporting agency delete that information from your credit report file.

- You may also consider contacting the credit reporting agencies directly if you wish to put in place a fraud alert or a security freeze.  A fraud alert will notify any merchant checking your credit history that you may be the victim of identity theft and that the merchant should take additional measures to verify the application.  Contacting any one of the three agencies will place an alert on your file at all three.  A security freeze restricts all creditor access to your account but might also delay any requests you might make for new accounts.

    - Equifax: 800-525-6285; Equifax.com; P.O. Box 740241, Atlanta, GA  30374-0241
    - Experian: 1-888- 397-3742; Experian.com; P.O. Box 9554, Allen, TX 75013
    - TransUnion: 800-680-7289; Transunion.com; Fraud Victim Assistance Division, P.O. Box 6790, Fullerton, CA  92834-6790

- To report incidents of fraud and identity theft, you can contact the Federal Trade Commission (FTC) at 1-877-ID-THEFT, through their website at IdentityTheft.gov, or in writing at 600 Pennsylvania Avenue, NW, Washington, DC, 20850. You can also contact local law enforcement or your state's attorney general.

**For More Information**
For the latest information on this incident, please call 1-833-909-2912 or write to us at 1510 Cotner Avenue, Los Angeles, CA 90025.

On behalf of RadNet, we regret any inconvenience this may cause you.

Sincerely,

David Katz
Executive Vice President & General Counsel
RadNet, Inc.

### ADDITIONAL CONTACT INFORMATION

IF YOU ARE A DISTRICT OF COLUMBIA RESIDENT: The D.C. Attorney General's office can be reached at Office of Consumer Protection, 441 4th Street, NW, Washington, DC 20001, (202) 442-9828, https://oag.dc.gov/consumer-protection.

IF YOU ARE A MARYLAND RESIDENT:  You may also obtain information about avoiding identity theft from the Maryland Attorney General's Office.  This office can be reached at: Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, (888) 743-0023, www.oag.state.md.us

IF YOU ARE A NEW YORK RESIDENT:  You may also obtain information about preventing identity theft from the New York Department of State's Division of Consumer Protection. This office can be reached at: New York State Division of Consumer Protection, 123 William Street, New York, NY 10038-3804, 1 (800) 697-1220, www.dos.ny.gov/consumerprotection.

IF YOU ARE A NORTH CAROLINA RESIDENT:  You may also obtain information about preventing identity theft from the North Carolina Attorney General's Office.  This office can be reached at: North Carolina Department of Justice, 9001 Mail Service Center, Raleigh, NC 27699-9001, (877) 566-7226, www.ncdoj.com

IF YOU ARE AN RHODE ISLAND RESIDENT:  This incident affected approximately 170 Rhode Island residents.  You have the right to obtain any police report filed in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also obtain information about preventing identity theft from the Rhode Island Attorney General's Office.  This office can be reached at: Rhode Island Office of the Attorney General, 150 South Main Street, Providence, RI 02903, (401) 274-4400, http://www.riag.ri.gov.